IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CASE NO. 22-4342 |
| ) | |
| SAMANTHA ANGELINA JOHNSON,   ) | |
| ) | |
| Appellant   ) | |

**GOVERNMENT'S MOTION TO SUPPLEMENT APPENDIX**

The United States of America moves to supplement the Appendix that was filed by the defendant-appellee on June 17, 2022, and says:

1. The defendant filed her Memorandum Opening Brief in Bond Appeal on June 17, 2022. Doc. 6. At the same time, the defendant filed an Appendix and a Confidential Appendix. Doc 7. The two documents were paginated sequentially.

2. When the government looked at the Appendix, it noticed that the District Court Docket Sheet on pages 1-3 had no record of an August 2, 2021 bond review hearing. The government was aware of the existence of the hearing only because the assistant United States attorneys were present for the hearing.

3. The government telephoned the clerk's office of the United States District Court, and the clerk confirmed that the docket entry setting the hearing had

1

erroneously been omitted. That entry has now been inserted between ECF 18 and 19 on the District Court docket sheet.

4. The government has also obtained a written transcript of the August 2, 2021 hearing.

5. The government wishes to supplement the Appendix to include the corrected court docket sheet and the written transcript of the August 2, 2021, bail review hearing. The Supplemental Appendix will be numbered sequentially.

Respectfully submitted,

Erek L. Barron
United States Attorney for the
 District of Maryland

Hollis Raphael Weisman
Ellen Nazmy
Assistant United States Attorneys
6500 Greenbelt Road, Suite 200
Greenbelt, Maryland 20770
301-344-4029; Fax 301-344-4516
hollis.weisman@usdoj.gov
ellen.nazmy@usdoj.gov